VME Distributors, Inc., et. al., Plaintiff(s)
vs.
Cadbury Adams Canada, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 088275-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Hershey Company
Court Case No. 08 CV 1570

COHEN, MILSTEIN, ET AL
Ms. Donna Chevannes
150 E 52nd St., 30th Fl.
New York, NY 10022

State of: Pennsylvania ) ss.
County of: Dauphin )

**Name of Server:** JUSTIN G HOVETTER, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of March, 20 08, at 2:25 o'clock P M

**Place of Service:** at 100 Crystal A Drive, in Hershey, PA 17033

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint; Civil Cover Sheet; Summons in a Civil Action**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Hershey Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: KIMBERLY CHANEY, Counsel

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair N/A
Approx. Age 35 ; Approx. Height 5'6" ; Approx. Weight 150

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 11 day of March, 20 08

Signature of Server

Notary Public    9/11/2010 (Commission Expires)

**APS International, Ltd.**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donella L. Trimble, Notary Public
Carlisle Boro, Cumberland County
My Commission Expires Sept 11, 2010