VME Distributors, Inc., et. al., Plaintiff(s)
vs.
Cadbury Adams Canada, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 088275-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mars, Incorporated
Court Case No. 08 CV 1570

COHEN, MILSTEIN, ET AL
Ms. Donna Chevannes
150 E 52nd St., 30th Fl.
New York, NY 10022

State of: District of Columbia ) ss.
County of: Washington )

| | |
|---|---|
| **Name of Server:** | Robert Proffitt, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 5th day of March, 20 08, at 1:30 o'clock P M |
| **Place of Service:** | at 6885 Elm Street, in McLean, VA 22101 |
| **Documents Served:** | the undersigned served the documents described as: **Class Action Complaint; Civil Cover Sheet; Summons in a Civil Action** |
| **Service of Process on: Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Mars, Incorporated** By delivering them into the hands of an officer or managing agent whose name and title is: Wagma Hotaki Thotadia, Officer |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color black ; Facial Hair n/a Approx. Age 50 ; Approx. Height 5'7" ; Approx. Weight 125 X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. [signature] Signature of Server | Subscribed and sworn to before me this 7th day of March, 20 08 [signature] Notary Public (Commission Expires) |

APS International, Ltd.

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009