VME Distributors, Inc., et. al., Plaintiff(s)
vs.
Cadbury Adams Canada, Inc., et. al., Defendant(s)

Service of Process by



## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  088275-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Mars North America
Court Case No. 08 CV 1570

COHEN, MILSTEIN, ET AL

Ms. Donna Chevannes
150 E 52nd St., 30th Fl.
New York, NY  10022

State of: *New Jersey* ) ss.
County of: *Somerset* )

**Name of Server:** *Manuel Fontes*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the *6* day of *March*, 20*08*, at *10:30* o'clock *A* M

**Place of Service:** at  800 High Street , in  Hackettstown, NJ  07840

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint; Civil Cover Sheet; Summons in a Civil Action**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Mars North America**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: *Sheri A. Lynch, Human Resources Administrator*

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex *F* ; Skin Color *White* ; Hair Color *Brown* ; Facial Hair _____
Approx. Age *27* ; Approx. Height *5'2* ; Approx. Weight *110*

*X* To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this *7* day of *march*, 20 *08*

Notary Public    (Commission Expires)

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

**APS International, Ltd.**