VME Distributors, Inc., et. al., Plaintiff(s)
vs.
Cadbury Adams Canada, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 088275-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mars Snackfood U.S. LLC
Court Case No. 08 CV 1570

COHEN, MILSTEIN, ET AL
Ms. Donna Chevannes
150 E 52nd St., 30th Fl.
New York, NY 10022

State of: **New Jersey** ) ss.
County of: **Somerset** )

**Name of Server:** _Manuel Fontes_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6_ day of _March_, 20_08_, at _10:30_ o'clock _A_ M

**Place of Service:** at 800 High Street, in Hackettstown, NJ 07840

**Documents Served:** the undersigned served the documents described as:
Class Action Complaint; Civil Cover Sheet; Summons in a Civil Action

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Mars Snackfood U.S. LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Sheri A. Lynch, Human Resources Administrator_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair ___
Approx. Age _27_ ; Approx. Height _5'2_ ; Approx. Weight _110_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Manuel Fontes_
Signature of Server

Subscribed and sworn to before me this _7_ day of _March_, 20_08_

_Karen Lee Swickle_
Notary Public    (Commission Expires)

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

**APS International, Ltd.**