| | |
|---|---|
| VME Distributors, Inc., et. al., Plaintiff(s) <br> vs. <br> Cadbury Adams Canada, Inc., et. al., Defendant(s) | Service of Process by <br> **APS International, Ltd.** <br> 1-800-328-7171 <br> APS International Plaza <br> 7800 Glenroy Road <br> Minneapolis, MN 55439-3122 |



APS File #: 088275-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nestle USA, Inc.
Court Case No. 08 CV 1570

COHEN, MILSTEIN, ET AL
Ms. Donna Chevannes
150 E 52nd St., 30th Fl.
New York, NY 10022

State of: **California** ) ss.
County of: **Orange** )

**Name of Server:** *Fred Sloan*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the *7* day of *Mar*, 20 *08*, at *1:30* o'clock *P* M

**Place of Service:** at **800 North Brand Boulevard**, in **Glendale, CA 91201**

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint; Civil Cover Sheet; Summons in a Civil Action**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Nestle USA, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: *Angela Bailey, authorized to accept*

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex *F*; Skin Color *wht*; Hair Color *brn*; Facial Hair ___
Approx. Age *40*; Approx. Height *5'7*; Approx. Weight *150*

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this *7* day of *Mar*, 20 *08*

Signature of Server
Notary Public   (Commission Expires)

APS International, Ltd.

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010