UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VME DISTRIBUTORS, INC.,** Individually and on behalf of a class of all those similarly situated, <br><br> Plaintiff, <br><br> - vs. - <br><br> **CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS INCORPORATED, MARS NORTH AMERICA, MARS SNACKFOODS U.S.A. LLC, NESTLE CANADA INC., NESTLE S.A., NESTLE USA, INC., and ITWAL, LTD.** <br><br> Defendants. | Case No.:   08 CV 01570 <br><br> **NOTICE OF APPEARANCE** <br><br> ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants The Hershey Company.

I certify that I am admitted to practice in this court.

Dated: March 25, 2008

                                       \_\_s/_____
Craig S. Primis (CP-5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

*Attorney for The Hershey Company*