UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VME DISTRIBUTORS, INC.,** Individually and on behalf of a class of all those similarly situated,<br><br>            Plaintiff,<br><br>  - vs. -<br><br>**CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS INCORPORATED, MARS NORTH AMERICA, MARS SNACKFOODS U.S.A. LLC, NESTLE CANADA INC., NESTLE S.A., NESTLE USA, INC., and ITWAL, LTD.**<br><br>            Defendants. | Case No.: 08 CV 01570<br><br>**RULE 7.1 DISCLOSURE**<br><br>ECF CASE |

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Hershey Company ("Hershey") states that (a) Hershey has no parent corporation, and (b) no publicly held corporation owns 10 percent or more of Hershey's stock.


Dated:  March 25, 2008

                                                                                                            s/
                                              Craig S. Primis (CP-5017)
                                              KIRKLAND & ELLIS LLP
                                              655 Fifteenth Street NW
                                              Washington, D.C.  20005
                                              Telephone:    (202) 879-5000
                                              Facsimile:     (202) 879-5200

                                              *Attorney for The Hershey Company*