UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
VME DISTRIBUTORS, INC., individually and on : 08 CV 1570 (PKC)
behalf of a class of all those similarly situated, :
: ECF CASE
Plaintiffs, :
: **NOTICE OF APPEARANCE**
v. :
:
CADBURY ADAMS CANADA, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Michael R. Huttenlocher hereby appears as counsel for the defendant, Mars Incorporated, Mars North America, and Mars Snackfoods U.S.A. LLC ("Mars") in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       March 26, 2008

McDERMOTT WILL & EMERY LLP

By: _____
    Michael R. Huttenlocher

340 Madison Avenue
New York, New York 10017
(212) 547-5400

*Attorneys for Defendants Mars*

NYK 1153173-1.002227.0102